

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2022

No. 04-21-00206-CV

**CR+ ENTERPRISES, INC.**,
Appellants

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**, as Trustee for Morgan Stanley ABS
Capital I Inc. Trust 2006-NC4, Mortgage Pass-Through Certificates, Series 2006-NC4,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19332
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

On January 6, 2022, appellant Barco Realty, L.P. filed an unopposed second motion for extension of time to file reply brief. The motion is GRANTED. Appellant's reply brief is due **no later than January 18, 2022**.

It is so **ORDERED** on January 7, 2022.

**PER CURIAM**

ATTESTED TO: _____
                MICHAEL A. CRUZ,
                CLERK OF COURT